## SECOND DISTRICT.

The People of the State of Illinois, defendant in error, v. Max Maxim, plaintiff in error. Gen. No. 6,897.

Indictment for selling liquor in prohibition territory. Defendant convicted, fined and sentenced to imprisonment and place where liquor was sold abated until bond given. Error to the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed November 2, 1921.

George W. Field and Sidney H. Block, for plaintiff in error. Ashbel V. Smith and Albert L. Hall, for defendant in error.

Mr. Presiding Justice Dibell delivered the opinion of the court.

Ida Martin, administratrix, appellant, v. Chicago, North Shore & Milwaukee Railroad, appellee. Gen. No. 6,911.

Action for death of plaintiff's intestate by being struck by defendant's car while crossing from its southbound to its northbound platform. Judgment for defendant on instructed verdict. Appeal from the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed November 2, 1921.

Bowen W. Schumacher and John D. Pope, for appellant; Cooke, Pope & Pope, of counsel. Addison L. Gardner and William C. Upton, for appellee; William A. Morrow and Walter M. Fowler of counsel.

Mr. Presiding Justice Dibell delivered the opinion of the court.

Emma Lowe, appellee, v. Lloyd W. Lowe, appellant. Gen. No. 6,918.

Bill for divorce on the ground of extreme and repeated cruelty. Cruelty issue submitted to a jury which found defendant guilty. Decree granted with alimony. Appeal from the Circuit Court of Kankakee county; the Hon. Arthur W. De Selm, Judge, presiding. Heard in this court at the April term, 1921. Affirmed in part, reversed in part and remanded with directions. Opinion filed November 2, 1921. Certiorari denied by Supreme Court (making opinion final).

Granger & Nourie, for appellant. John A. Mayhew and C. M. Clay Buntain, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.